UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWNDALE CHILCOAT, and<br>DONALD CHILCOAT,<br><br>Defendants. | Case No. 22-CR-299 (CKK) |

### UNITED STATES' RESPONSE TO MINUTE ORDER REGARDING MOTION TO DISMISS PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's Minute Order of January 23, 2025, regarding its Motion to Dismiss With Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a), ECF No. 241.

The United States' Attorney's Office for the District of Columbia filed a motion to dismiss the Failures to Appear in the matter of *United States v. Pollock*, 21-cr-447, ECF 412. The government similarly moves to dismiss these charges here, and cites to the Executive Order dated January 20, 2025 as the reason for this dismissal.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068

1